UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KEVIN YAN LUIS,　　　　　　　　　　　　　　　Case No.: 1:23-cv-09985-JLR

　　　　　　　　　　Plaintiff,

　　　-against-　　　　　　　　　　　　　　　　**MOTION FOR**
　　　　　　　　　　　　　　　　　　　　　　　**DEFAULT JUDGMENT**

JBROOKS OF FARMINGTON HILLS INC.,

　　　　　　　　　　Defendant.
-------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that the undersigned attorneys for plaintiff KEVIN YAN LUIS (the "Plaintiff") hereby moves, at a date and time to be set by the Court, before the Honorable Judge Jennifer L. Rochon, at the courthouse for the Southern District of New York, located at 500 Pearl Street, Room 1920; New York, NY 10007, for an Order granting Plaintiff's Motion for Default Judgment.

**PLEASE TAKE FURTHER NOTICE**, that Plaintiff shall rely upon the accompanying Affirmation in Support of the Motion, and the accompanying Exhibits.

Dated:　Jerich, New York
　　　　　April 22, 2024

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Noor A. Saab*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Noor A. Saab, Esq.
　　　　　　　　　　　　　　　　　　　　　　　The Law Office of Noor A. Saab
　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　380 North Broadway, Penthouse West
　　　　　　　　　　　　　　　　　　　　　　　Jericho, New York 11753
　　　　　　　　　　　　　　　　　　　　　　　Email: NoorASaabLaw@Gmail.com

To:　JBROOKS OF FARMINGTON HILLS INC.
　　　32500 Northwestern HWY
　　　Farmington Hills, MI 48334