UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAN LUIS,

                    Plaintiff,

-against-

JBROOKS OF FARMINGTON HILLS INC.,

                    Defendant.

Case No. 23-cv-09985 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On April 1, 2024, the Court ordered Plaintiff to submit his motion for default judgment by April 22, 2024.  ECF No. 15.  Plaintiff has met the deadline, but the motion is noncompliant in several respects.  First, it lacks a proposed form of default judgment.  Local Civil R. 55.2(b)(3).  Second, the attorney affidavit does not contain all the necessary information.  The affidavit does not address evidence in support of the proposed damages, explain how Plaintiff calculated compensatory damages, or include legal authority for why an inquest into damages would be unnecessary.  Individual R. Pracs. ¶ 3(O)(i).  Plaintiff shall rectify these issues by May 3, 2024, at 5:00 p.m.  Failure to follow the Court's instructions may result in the dismissal of this case for failure to prosecute and failure to follow court orders.

Dated:  April 30, 2024
        New York, New York

                                        SO ORDERED.

                                        _Jennifer Rochon_____
                                        JENNIFER L. ROCHON
                                        United States District Judge

1