# The Law Office of Noor A. Saab
380 North Broadway, Penthouse West
Jericho, New York 11753
**Tel:** 718-740-5060 * **Fax:** 718-709-5912
**Email**: NoorASaabLaw@Gmail.com

May 1, 2024

**VIA ECF**
Honorable Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> The request is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 16 and 20.
>
> **SO ORDERED.**
>
> Dated: May 1, 2024
>         New York, New York
>
> */s/ Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

**Re:**   *Kevin Yan Luis v. JBrooks of Farmingdale Hills, Inc.*
          Case No.:  1:23-cv-09985 (JLR)

Honorable Judge Jennifer L. Rochon:

   The undersigned is the attorney for the plaintiff Kevin Yan Luis (the "Plaintiff") in the above-referenced action.

   I am submitting this letter-motion, respectfully informing the Court that, Plaintiff is ***withdrawing*** his FIRST Motion for Default Judgment without prejudice. Accordingly, Plaintiff is requesting for an Order, directing the Court's Clerk to terminate ECF Nos. 16, 17, 18.

   As and for the background of the motion - on April 22, 2024, Plaintiff filed a motion for Default Judgment against the defendant JBrooks of Farmingdale Hills, Inc. (the "Defendant"), due to the Defendant's failure to file an Answer to the Complaint. *See* ECF Nos. 16-18. The Court denied the motion. *See* ECF No. 19.

   Plaintiff will file his SECOND motion for Default Judgment, on or before May 3, 2024, at 5:00 pm. This is the first time, such a request is being sought.

   The Plaintiff wishes to thank Your Honor and this Court for the time and attention extended to this matter.

Respectfully submitted,

   */s/ Noor A. Saab*
By:  Noor A. Saab, Esq.
The Law Office of Noor A. Saab
*Attorneys for Plaintiff*