UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KEVIN YAN LUIS,                                                    Case No.: 1:23-cv-09985-JLR

                                    Plaintiff,

                    -against-                              **MOTION FOR**
                                                          **DEFAULT JUDGMENT**

JBROOKS OF FARMINGTON HILLS INC.,

                                    Defendant.
-------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that the undersigned attorneys for plaintiff KEVIN YAN
LUIS (the "Plaintiff") hereby moves, at a date and time to be set by the Court, before the
Honorable Judge Jennifer L. Rochon,  at the courthouse for the Southern District of New York,
located at 500 Pearl Street, Room 1920; New York, NY 10007, for an Order (a) Granting default
judgment against defendant  JBROOKS OF FARMINGTON HILLS INC. [Defendant];  and
(b) Setting down this action for an inquest on the issue of damages.

    **PLEASE TAKE FURTHER NOTICE**, that Plaintiff shall rely upon the accompanying
Affirmation in Support of the Motion, and the accompanying Exhibits.

Dated:  Jerich, New York
         May 2, 2024

                                        Respectfully submitted,

                                          */s/ Noor A. Saab*

                                        _____
                                        Noor A. Saab, Esq.
                                        The Law Office of Noor A. Saab
                                        *Attorney for Plaintiff*
                                        380 North Broadway, Penthouse West
                                        Jericho, New York 11753
                                        Email: NoorASaabLaw@Gmail.com

To:    JBROOKS OF FARMINGTON HILLS INC.
       32500 Northwestern HWY
       Farmington Hills, MI 48334