UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN YAN LUIS,<br><br>         Plaintiff,<br><br>-against-<br><br>JBROOKS OF FARMINGTON HILLS INC.,<br><br>         Defendant. | Case No. 23-cv-09985 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On April 1, 2024, the Court ordered Plaintiff to submit his motion for default judgment by April 22, 2024. ECF No. 15. Plaintiff met the deadline, but the motion was noncompliant in several respects. ECF No. 19 (listing the deficiencies). The Court warned that "Plaintiff shall rectify these issues by May 3, 2024, at 5:00 p.m. Failure to follow the Court's instructions may result in the dismissal of this case for failure to prosecute and failure to follow court orders." *Id.*

  On May 2, 2024, Plaintiff filed some additional materials, but still did not comply with the Court's order. Plaintiff's attorney affidavit does not address evidence in support of the proposed damages or explain how Plaintiff calculated compensatory damages of $1,500. ECF No. 23.

  The Court will provide Plaintiff one final opportunity to follow the Court's orders. On or before May 10, 2024, Plaintiff must file a motion that conforms with the Court's individual practices and the local rules. Because Plaintiff has repeatedly flouted the Court's orders, even after being specifically warned that the case could be dismissed if he continued to do so, this case will be dismissed without prejudice if a proper filing is not made. Fed. R. Civ. P. 41(b). The Clerk of Court is directed to close ECF No. 22.

Dated: May 3, 2024
       New York, New York

                                        SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge