# The Law Office of Noor A. Saab

380 North Broadway, Penthouse West
Jericho, New York 11753
**Tel:** 718-740-5060 * **Fax:** 718-709-5912
**Email**: NoorASaabLaw@Gmail.com

May 9, 2024

**VIA ECF**

Honorable Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, NY 10007-1312

Re:   **Kevin Yan Luis v. JBrooks of Farmington Hills Inc - Case No. 1:23-cv-09985-JLR**

To the Honorable Judge Jennifer L. Rochon,

Plaintiff submits this letter motion respectfully requesting an extension of time to submit a motion for default judgment pursuant to Your Honors' Order dated May 3, 2024 (Docket No. 26). Plaintiff's counsel respectfully seeks a brief extension of 10 days. Plaintiff seeks an extension from the deadline of May 10, 2024 to May 20, 2024. This is the first time Plaintiff seeks the relief requested.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Attorneys for Plaintiff*

The request is GRANTED. Plaintiff shall have until May 20, 2024 to submit a motion for default judgment.

SO ORDERED.

Dated: May 10, 2024
        New York, New York

_____
JENNIFER L. ROCHON
United States District Judge